## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Luis Donaldo Garcia Lopez | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-5112MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Defendant Luis Donaldo Garcia Lopez (referred hereto after as GARCIA LOPEZ) violated 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm, described as follows:

**See Attachment A – Description of Count**

I further state that I am a Senior Special Agent (SSA) for the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF), and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

John Ballos
Digitally signed by JOHN BALL(
Date: 2025.02.22 21:42:22 -07'(

AUTHORIZED BY: AUSA Addison Owen for AUSA John Ballos

| | |
|---|---|
| Lowell I. Farley, Jr., SSA ATF<br>Name of Complainant | LOWELL FARLEY — Digitally signed by LOWELL FARLEY Date: 2025.02.22 21:51:39 -07'00'<br>Signature of Complainant |

Sworn to telephonically before me

February 22, 2025 at 10:18 p.m.    at    Phoenix, Arizona
Date                                            City and State

HONORABLE DEBORAH M. FINE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

### Alien in Possession of a Firearm

On or about February 21, 2025, in the District of Arizona, Defendant LUIS DONALDO GARCIA LOPEZ, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition, to wit:

(1) a Glock, Model 43, 9 x 19 mm caliber semi-automatic pistol, serial# BHPW268, and,

(2) five (5) live rounds of live 9 x 19 mm caliber ammunition,

both of which were previously shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Lowell I. Farley, Jr., a Senior Special Agent (SSA) for the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) in Phoenix, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Senior Special Agent (SSA) with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) and have been so employed since March 2005. I am currently assigned to the ATF Phoenix Field Division, Phoenix Group I Field Office. As an ATF SSA, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer within the meaning of 18 U.S.C. § 2510(7). Prior to becoming an ATF SSA, I was employed by Nippon Telephone & Telegraph (NTT) as a systems engineer. Prior to my employment with NTT, I was employed by Motorola as a software engineer.

2.      I am a graduated of the University of Florida in Gainesville, Florida. I possess Bachelor of Science and Master of Science degrees in Decision & Information Sciences. I am a graduate of the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco (Brunswick), Georgia. I am also a graduate of the ATF Special Agent Basic Training (SABT) program at the ATF National Academy in Glynco, Georgia. Based on my training, knowledge, and experience, I regularly conduct federal criminal investigations of offenses enumerated in Title 18, Title 21, and Title 26 of the United States Code (U.S.C.).

3.      I specifically possess knowledge, training, and experience in investigating violations of statutes enacted in the Gun Control Act of 1968 (GCA), Title 18, U.S.C., Chapter 44 and of statutes enacted in the National Firearms Act of 1934 (NFA), Title 26, U.S.C., Chapter 53. I have attended specialized training provided by ATF in the identification and classification of firearms and determining whether a firearm and/or ammunition has moved in and/or otherwise

affected interstate commerce. I am a recognized interstate nexus expert in the United States District Court for the District of Arizona and for the Southern District of Texas.

4.    During my past 20 years in law enforcement, I have experience in conducting physical surveillance, interviewing witnesses, writing affidavits for warrants, and executing warrants for arrests and searches. I routinely access multiple databases and intelligence-based systems throughout my investigations and have participated in numerous interagency and international investigations.

5.    The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.

6.    Based on the below facts, your Affiant submits there is probable cause that LUIS DONALDO GARCIA LOPEZ, violated Title 18, U.S.C. §§ 922(g)(5) and 924(a)(8), Possession of a firearm and ammunition that have moved in or otherwise affected interstate commerce while being an alien unlawfully present in the United States.

## PROBABLE CAUSE

7.    LUIS DONALDO GARCIA LOPEZ ("GARCIA") was identified as an alien unlawfully present in the United States[1] who is was targeted for arrest for violating federal immigration laws by federal law enforcement officers from the United States Department of Homeland Security (DHS) Bureau of Immigration and Customs Enforcement-Enforcement and Removal Operations (ICE-ERO) as residing at 3816 N. 83rd Avenue, Apt. 2039, Phoenix, Arizona 85037, Maricopa County, in the Phoenix Division of the District of Arizona.

8.    On February 21, 2025, ICE-ERO officers conducted surveillance GARCIA's residence as listed above and observed GARCIA exit his residence and get into a charcoal Volkswagen Jetta sedan bearing Sonora (Mexico) license plate# VKB-871-A (hereafter the "Jetta"), exit the parking lot of the apartment complex, and drive southbound on N. 83rd Avenue towards West Thomas Road. ICE-ERO officers followed GARCIA in their unmarked law

---

1 Previously, GARCIA entered the United States using a B2 Visa. The Visa expired April 28, 2020. Since that date, he has had no status which would permit him to remain in the United States lawfully.

enforcement vehicles that are equipped with emergency equipment including lights and sirens. ICE-ERO officers activated their emergency equipment as GARCIA's vehicle was stopped at a red light at the intersection of N. 83rd Avenue and West Thomas Road. GARCIA's vehicle did a U-turn and entered the parking lot of a Circle K gas station located on the northeast corner of the intersection of N. 83rd Avenue and West Thomas Road located at 2921 N. 83rd Avenue, Phoenix, Arizona 85033.

9.      ICE-ERO officers identified themselves to GARCIA as federal law enforcement officers with ICE ERO and confirmed GARCIA's identify. They advised he was being detained for being in the United States unlawfully.

10.      While GARCIA was being detained, ICE-ERO officers, for officer safety patted GARCIA down for weapons and/or other dangerous objects on his person. ICE-ERO officers asked GARCIA if he had any weapons or anything dangerous on him. GARCIA advised the ICE-ERO officers that he had a firearm in his lunchbox that was sitting on the passenger front seat of the Jetta he was driving. ICE-ERO asked GARCIA if they could enter his vehicle for the sole purpose of removing the firearm from the vehicle. GARCIA gave ICE-ERO officers permission to enter his vehicle and remove the firearm from inside his lunchbox on the front seat of the firearm. ICE-ERO officers read GARCIA his constitutional rights. ICE-ERO officers entered GARCIA's vehicle and located the firearm, which was later identified as a Glock, Model 43, 9 x 19 mm caliber semi-automatic pistol containing 5 live rounds of 9 x 19 mm caliber ammunition.

11.      ICE-ERO contacted ATF to take custody of the firearm and ammunition. Your Affiant responded to the call for service, met with the ICE-ERO officers on scene, and attempted to interview GARCIA. Your Affiant read GARCIA his constitutional rights in Spanish as they appear on ATF Form 3200.4 (Advice of Rights and Waiver-Spanish). GARCIA advised he understood his rights but that he did not want to speak with me.

12.      ICE-ERO officers transported GARCIA into ICE ERO custody for processing on his immigration related matters.

13.      Your Affiant physically examined the firearm and the ammunition. Your Affiant noted the Glock, Model 43, 9 x 19 mm caliber pistol was manufactured in the Country of Austria

and has traveled in interstate commerce to arrive in the State of Arizona. Your Affiant physically examined the five (5) live rounds of 9 x 19 mm ammunition and noted they bore known Federal Cartridge, Winchester, and Ammo Inc brand head stamps. Your Affiant knows that Federal Cartridge and Winchester manufacture ammunition outside of the State of Arizona and that such ammunition has traveled in interstate commerce to arrive in the State of Arizona. Your Affiant knows that Ammo Inc currently manufactures ammunition outside of the State of Arizona and, prior to 2022, Ammo Inc assembled ammunition in the State of Arizona from ammunition components (cartridge casings, propellent powders, projectiles, and primers—which of which individually meet the federal definition of ammunition) that have been manufactured outside of the State of Arizona and; hence, would have traveled in interstate commerce to arrive in Arizona.

14.    Your Affiant also contacted the State of Arizona Department of Game and Fish and verified that GARCIA does not have a valid hunting license issued to him by the State of Arizona.

## CONCLUSION

15.    For these reasons, your Affiant submits that there is probable cause to believe LUIS DONALDO GARCIA LOPEZ committed a violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8), Alien in Possession of a Firearm.

16.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

LOWELL FARLEY
Digitally signed by LOWELL FARLEY
Date: 2025.02.22 21:52:18 -07'00'

Lowell I. Farley, Jr.
Senior Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives


Sworn to and subscribed telephonically this 22nd day of February 2025. at 10:18 p.m.

THE HONORABLE DEBORAH M. FINE
United States Magistrate Judge