☑ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 2 6 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## CRIMINAL EXHIBIT LIST

____ Motion to Suppress   __X__ Jury Trial ____ Non-Jury Trial

Case Number <u>CR-25-00339-PHX-JJT</u>          Start Date: <u>2/24/2026</u>

<u>USA v.  Garcia Lopez, Luis Donaldo</u>
          Last          First          Middle

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | 2/24/26 | Gun (Glock, Model 43, 9 x 19 mm semi-automatic pistol) (original) |
| 2 | | 2/24/26 | Ammunition (Five live rounds) (original) |
| 3 | | 2/24/26 | Visa/Crossing Card (original) |
| 4 | | 2/24/26 | Garcia Lopez Mexican passport (2017) (original) |
| 5 | | 2/24/26 | Immigration Arrest Warrant |
| 6 | | 2/24/26 | NTA (2/21/2025) |
| 7 | | 2/24/26 | INE-Mexican Voter Registration Card |
| 8 | | 2/25/26 | Crossing History (certified) |
| 9 | | 2/25/26 | TECS I-94 "Document Detail" (certified) |
| 10 | | 2/25/26 | Inspection Report (certified) |
| 11 | | | Consular Notice of Cancellation (July 20, 2021) (certified) |
| 12 | | | Certified Translation of Consular Notice |

1

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 13 | | | Visa Application Record (Child) (certified) |
| 14 | | 2/25/26 | Visa Application Record (Adult) (certified) |
| 15 | | 2/25/26 | Apostilled Sinaloa MX Birth Certificate |
| 16 | | 2/25/26 | Translation of Birth Certificate |
| 17 | | | Google maps aerial photo of area of surveillance and area of arrest |
| 18 | | | Rental application and lease (certified) |
| 19 | | | Mexican documents |
| 20 | | 2/25/26 | NTA (1/20/2026) |
| 21 | | | Inspection Report (certified)-Less redacted |
| 22 | | | NIV Database (DOS records) |
| 23 | | 2/25/26 | ADOT Records, Title details |
| 24 | | | ADOT Third Party Title Vendor List and Policy |
| 25 | | 2/25/26 | Garcia Lopez Mexican passport (2023) (original) |
| 26 | | | |
| 27 | | | |
| 28 | | | |
| 29 | | | |
| 30 | | | |